NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CROSSROADS SYSTEMS, INC.,**
*Appellant*

v.

**CISCO SYSTEMS, INC., QUANTUM CORP., ORACLE CORPORATION, DOT HILL SYSTEMS CORPORATION,**
*Appellees*

---

2016-2017, -2026, -2027

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01226, IPR2014-01463, IPR2014-01544, IPR2015-00825, IPR2015-00852, and IPR2015-00854.

---

**ON MOTION**

---

**O R D E R**

Appellees move for a 30-day extension of time, until September 21, 2016, to file their response brief. Appellant responds and opposes the motion.

Upon consideration thereof,

2    CROSSROADS SYSTEMS, INC. v. CISCO SYSTEMS, INC.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25